IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Health Alternatives, Inc., et al.,[1] | ) | Case No. 06-10166 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | Re: D.I. 507, 517 |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, World Health Alternatives, Inc. ("World Health"), World Health Staffing, Inc., a California corporation, World Health Staffing, Inc., a Delaware corporation, Better Solutions, Inc., JC Nationwide, Inc. f/k/a MedTech Staffing of Boca Raton, Inc. d/b/a JC Nationwide, MedTech Medical Staffing of New England, Inc., and MedTech Franchising, Inc. (collectively, the "Debtors") hereby designate the following additional items to be included in the record of the United States Trustee's Appeal from Order Granting the Debtors' Motion for Entry Of An Order Approving A Settlement Agreement Among the Official Committee of Unsecured Creditors, the Debtors, and CapitalSource Finance, LLC:

1. Declaration of M. Benjamin Jones in Support of First Day Applications and Motions (D.I. 4);

2. Transcript of Hearing held on February 22, 2006 before the Honorable Peter J. Walsh (D.I. 107);

---

[1] In addition to World Health Alternatives, Inc., the following entities are debtors in possession in these jointly administered bankruptcy cases: World Health Staffing, Inc., a California corporation, World Health Staffing, Inc., a Delaware corporation, f/k/a MedTech Medical Staffing of Orlando, Inc., Better Solutions, Inc., JC Nationwide, Inc. f/k/a MedTech Staffing of Boca Raton, Inc. d/b/a JC Nationwide, MedTech Medical Staffing of New England, Inc., and MedTech Franchising, Inc.

3. Transcript of Hearing held on March 15, 2006 before the Honorable Peter J. Walsh (D.I. 215);

4. Transcript of Hearing held on March 17, 2006 before the Honorable Peter J. Walsh (D.I. 216); and,

5. Transcript of Hearing held on March 14, 2006 before the Honorable Peter J. Walsh (D.I. 226).

Dated: Wilmington, Delaware
August 2, 2006

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Stephen M. Miller (#2610)
Carl N. Kunz, III (#3201)
Rafael X. Zahralddin (#4166)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Telecopier: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: ckunz@morrisjames.com
E-mail: rzahralddin@morrisjames.com

and

KING & SPALDING LLP
Sarah Robinson Borders
Felton E. Parrish
Seema N. Patel
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Telecopier: (404) 572-5149
E-mail: sborders@kslaw.com
E-mail: fparrish@kslaw.com
E-mail: spatel@kslaw.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION