IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Health Alternatives, Inc., *et al.*,[1] | ) | Case No. 06-10166 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. Docket No. 517** |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' DESIGNATION OF AN ADDITIONAL ITEM TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Official Committee of Unsecured Creditors hereby designates the following additional item to be included in the record of the United States Trustee's Appeal from the Order Granting the Debtors' Motion for Entry of an Order Approving the Letter Agreement Among the Official Committee of Unsecured Creditors, the Debtors and CapitalSource Finance, LLC:

> The Supplement to the Limited Objection of the Official Committee of Unsecured Creditors to (I) the Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee or, Alternatively, Converting the Cases to Cases Under Chapter 7 and (II) the Debtors' Motion to Convert Chapter 11 Cases, filed 7/28/06 (521).

Dated: August 3, 2006
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature*

Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Committee

---

[1] In addition to World Health Alternatives, Inc, the following entities are debtors in possession in these jointly administered bankruptcy cases: World Health Staffing, Inc., a California corporation, World Health Staffing, Inc., a Delaware corporation f/k/a MedTech Staffing of Orlando, Inc., Better Solutions, Inc, JC Nationwide, Inc. f/k/a MedTech Staffing of Boca Raton, Inc. d/b/a JC Nationwide, MedTech Medical Staffing of New England, Inc. and MedTech Franchising, Inc.

1